## UNITED STATES *versus* LOUIS DEVOTION

JOURNAL ENTRIES (1819–22): *Journal 2:* (1) Recognizance called, motion for continuance *p. 658; (2) affidavit filed, continued, witnesses discharged

*p. 700; (3) recognizance of witness *p. 701; (4) mileage and attendance of witness proved *p. 701. *Journal 3:* (5) Motion to quash indictment *p. 60; (6) case assigned *p. 82; (7) mileage and attendance of witness proved *p. 217-h; (8) nolle prosequi *p. 324.

PAPERS IN FILE: (1) Precipe for habeas corpus and certiorari; (2) transcript of county court record annexed to writs of habeas corpus and certiorari; (3) recognizance to appear in Supreme Court; (4) affidavit for continuance; (5) motion to quash indictment; (6-8) fee bills.

*Office Docket,* MS p. 94, c. 42.